Certificate Number: 12459-CAC-CC-024712399

12459-CAC-CC-024712399

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 16, 2014, at 9:15 o'clock AM PST, Jeff Tierstein received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  December 16, 2014                    By:    /s/Danell Rios-Schmehl

                                            Name:  Danell Rios-Schmehl

                                            Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).