United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 14-12721-PC
Jeff Tierstein                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-9          User: bhandyC          Page 1 of 1          Date Rcvd: Jan 09, 2015
                    Form ID: odspb          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2015.
```
db          +Jeff Tierstein,   2994 Heavenly Ridge St.,    Thousand Oaks, CA 91362-1186
smg         +County Assessor,   County Government Center, Room 100,   San Luis Obispo, CA 93408-0001
35890343    +BSI Financial Services,   PO BOX 517,   Titusville, PA 16354-0517
35908716    +Bank of America N.A.,   Loss/Recovery,   P O Box 982284,   El Paso, TX 79998-2284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Jan 10 2015 02:46:54     County Tax Collector,
              P.O. Box 357,   Santa Barbara, CA 93102-0357
smg           EDI: EDD.COM Jan 10 2015 02:38:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jan 10 2015 02:38:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
              P.O. Box 2952,   Sacramento, CA  95812-2952
35894996     +E-mail/Text: bankruptcy@cavps.com Jan 10 2015 02:47:36     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
```
                                                                                                                           TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2015 at the address(es) listed below:
```
          Elizabeth (ND) F Rojas (TR)    cacb_ecf_nd@ch13wla.com
          Sheila C Bayne    on behalf of Debtor Jeff  Tierstein baynelaw88@gmail.com, sbayne@safeassets.net
          United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
```
                                                                                                                           TOTAL: 3

Form odspb−odspab VAN−21)
Rev. 06/2014

## United States Bankruptcy Court
## Central District Of California

1415 State Street, Santa Barbara, CA 93101−2511

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Jeff Tierstein

**BANKRUPTCY NO.** 9:14−bk−12721−PC

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−5965
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/9/15

**Address:**
2994 Heavenly Ridge St.
Thousand Oaks, CA 91362

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: January 9, 2015

By the Court,
**Kathleen J. Campbell**
Clerk of Court

(Form odspb−odspab VAN−21) Rev. 06/2014

**13 / BHG**